

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,203-01

### EX PARTE LINDA FAY CARNES, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 19179-A IN THE 329th DISTRICT COURT
## FROM WHARTON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine in an amount of two hundred to four hundred grams and sentenced to five years' imprisonment. She did not appeal his conviction.

Applicant contends that newly discovered laboratory analysis in this case reflects that she did not possess any cocaine.

Applicant's claim is supported by the habeas record. Applicant is entitled to relief. *Ex parte*

*Mable*, ___ S.W.3d ___ (Tex. Crim. App. No. WR-81,358-01, delivered September 17, 2014).

Relief is granted. The judgment in Cause No. 19179-A in the 329th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Wharton County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 5, 2014
Do not publish